O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE MCKNIGHT FAMILY TRUST, AGENA CAINES, TRUSTEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREMONT INVESTMENT & LOAN; LITTON LOAN SERVICING LP; QUALITY LOAN SERVICE CORP.; & HSBC BANK USA NATIONAL,<br><br>　　　　　Defendants.<br>_____ | Case No. EDCV 08-1855-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against HSBC BANK USA NATIONAL is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>March 17, 2009</u>

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge